

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-17-00184-CV

Renato **SALENGA** and Island Snacks, Inc.
Appellant (Cross-Appellee),

v.

**SNAK CLUB, LLC**
Appellee (Cross-Appellant),

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02359
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On June 19, 2017, this court abated this appeal for 30 days in response to the parties' joint motion to abate. The 30 days has expired. It is ORDERED that the parties file an advisory with this court on or before **August 7, 2017**. If an advisory is not filed by this date, this appeal will be reinstated.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk